THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alton Lee Docherty, Sr., Appellant.
 
 
 

Appeal From Sumter County
 Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2009-UP-544
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McInosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Cecil K Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Alton Lee Docherty, Sr. appeals his
 conviction for criminal sexual conduct (CSC) with a minor, arguing the trial
 court erred in denying his directed verdict motion.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v.
 Bailey, 368 S.C. 39, 43 n.4, 626
 S.E.2d 898, 900 n.4 (Ct. App. 2006) (holding if a defendant presents evidence
 after the denial of his directed verdict motion at the close of the State's
 case, he must make another directed verdict motion at the close of all evidence
 in order to appeal the sufficiency of the evidence).  
AFFIRMED.  
HEARN,
 C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.